80,769-01

CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. Box 12308, Capitol Station
Austin, TX 78711

September 9, 2015

RE: Writ No. WR-80,769-01    Ex parte Robert Bruce Read, Jr.

Dear Clerk,

Please advise me of the precise date of the Court's order denying the application in the above-numbered and styled cause. I am in need of this specific date for federal habeas corpus (28 U.S.C. § 2254) purposes. The "whitecard" notice that I received from your office states only that the application was denied, but does not indicate the date on which such denial actually occurred.

Thank you for your time and kind assistance in this matter.

Sincerely,

Robert Bruce Read, Jr.
TDCJ No. 1568901
F.M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

Applicant, pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 14 2015
Abel Acosta, Clerk

RBRj / file